Case #: 3:26MJ5217

## AFFIDAVIT TO COMPLAINT

### I.      Agent Background

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1.      I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2.      I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI).  I have been a Special Agent with the FBI since 2015.  I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency.  I was previously employed as a patrol officer and as a criminal investigator in Gwinnett County, Georgia, from 2009 to 2015.  Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3.      This affidavit is submitted in support of a criminal complaint charging CHRISTOPHER ARNOLD with Coercion or Enticement, 18 U.S.C. § 2422(b). All of the information contained in this affidavit is the result of either my personal observations or investigation or has been provided to me by other law enforcement officers, all of whom I believe to be reliable.  This affidavit contains information to establish probable cause for a criminal complaint and thus does not list every fact known in the investigation.

1

Case #: 3:26MJ5217

## II. Probable Cause

4. On March 29, 2025, a Detroit-based subject (DBS) traveled from Detroit, Michigan, to Toledo, Ohio, to engage in sex acts with two purported prepubescent girls. Upon DBS's arrival in Toledo, he was placed under arrest by members of the FBI's Toledo Child Exploitation and Human Trafficking Task force and members of the Toledo Police Department. After DBS's arrest, investigators obtained a federal search warrant for DBS's iPhone 15. Upon reviewing DBS's iPhone, investigators discovered that DBS was communicating on Social Media Application A, as well as on Website A, with other individuals who expressed their shared sexual attraction to children. On April 8, 2025, DBS gave investigators consent to assume his online identity via his iPhone 15 and his social media applications and accounts within it (including Social Media Application A and Website A.

5. On or about May 6, 2026, one such individual was utilizing Website A with username 'pipelayer2256' (later identified as CHRISTOPHER ARNOLD) and messaged DBS's Website A account. Between approximately May 6, 2026, and May 7, 2026, Online Covert Employee - 7478 (hereinafter "OCE") utilized DBS's Website A account to communicate with ARNOLD. OCE is a member of the FBI Child Exploitation Task Force in Toledo, Ohio, and was connected to the Internet in an online undercover capacity from DBS's cell phone located in Toledo, Ohio, during these communications. A software program was used to capture the online activity and chats, identified within Website A. A summary of the conversation is listed below and is used simply as a reference; the recorded chats should be the final authority. 'pipelayer2256' is identified as "ARNOLD".

2

Case #: 3:26MJ5217

ARNOLD: hey

OCE: hey

ARNOLD: hey what's up

OCE: What r u into?

ARNOLD: oral top and bottom piss play etc hbu

OCE: Anything more taboo?

ARNOLD: taboo is pretty dope incest and beastiality and a few more hbu

OCE: into younggg?

ARNOLD: got snap or something

OCE then gave ARNOLD DBS's Social Media Application A account name and ARNOLD responded, "I messaged ya on [Social Media Application A].

6.      On May 7, 2026, OCE, utilizing DBS's Social Media Application A account, received a Social Media Application A message from 'jay' (later identified as ARNOLD) with associated phone number 567-317-4642.  Between May 7, 2026, and May 13, 2026, OCE communicated with ARNOLD via Social Media Application A.  A summary of the conversation is listed below and is used simply as a reference; the recorded chats should be the final authority. "Jay" is identified as "ARNOLD".

ARNOLD: [Sent a "Gif" of a bird waving]

OCE: Yo

OCE: Pipelayer2256

ARNOLD: yup its me and yes I'm into younger hbu

OCE: Hell ya same

3

……………..

OCE: Wut sur age preference

ARNOLD: what's yours I told mines already

OCE: No u didn't lol

OCE: 0+

ARNOLD: lol I did but deleted it but mines 8+

OCE: Why delete

ARNOLD: cause I didn't know if you were serious or not

ARNOLD: topics like this are risky to have not some people ya know

……………

OCE: Any experience?

ARNOLD: yea I've got some experience you?

OCE: Yes

OCE: Who with

ARNOLD: quite a few 15 yr olds and a couple 8 yr olds not mentioning who they are but

yea hbu

ARNOLD: if we ever hang out I'll tell ya about it

………………….

OCE: What do u have in mind

ARNOLD: hanging out I smoke and drink we could vibe messa round with each other

talk about our experiences and what ever you have in mind I'm down for it even watch

some cp and what not what do you have in mind?

…………………

4

OCE: Tell me what you want [purple devil emoji]

ARNOLD: I want to use your kids while you watch [purple devil emoji]

…………………..

OCE: Tell me what you want to do [purple devil emoji]

ARNOLD: you got boys or girls and how old [purple devil emoji]

OCE: 6mo and 3yo boys and a 5yo dau

OCE: Joey James and Hannah

ARNOLD: I'd suck joey and James dick and eat Hannah's pussy then have them stroke

lick and suck my dick [purple devil emoji]

……………………….

ARNOLD: I am too bro fuccck and yea that's what I'm wanting to do I wanna try and

fuck James and Hannah is that cool?

……………….

ARNOLD: does it take long to get their clothes off?

………………..

OCE: Do you have any vids to watch beforehand

………………..

ARNOLD: I had some vids yesterday but I always delete them after I'm done with them

so I don't right now and magic clothes that pull off is nice lol

OCE: Yeah that's smart

ARNOLD: yea no evidence lol I also delete message like this but I save your contact so

you can always reach out

5

Case #: 3:26MJ5217

………………..

ARNOLD: and we don't have to exchange names I'm cool with hey buddy lol

……………………

ARNOLD: I'm cool with a convo just not about a lot of what were fonna do it you've ever seen dateline NBC you'd understand lol

………………..

ARNOLD: I'm gonna take an uber instead so it works out

7.      On May 13, 2026, ARNOLD arrived at a pre-arranged location where he was taken into custody by members of the FBI's Toledo Child Exploitation and Human Trafficking Task Force.  At the time of ARNOLD's arrest, he was holding a cell phone with a turquoise in color phone cover.  Once in custody, OCE sent ARNOLD's Social Media Application A account a message.  Once sent, ARNOLD's cell phone's front display received a message notification from Social Media Application A.

8.      ARNOLD was advised of his Miranda rights and agreed to speak with investigators without an attorney present.  During ARNOLD's interview, he provided that he took an Uber from his home residence in Toledo, Ohio, to the prearranged location to meet with a dad and his three children.  ARNOLD stated that the ages of the children were five (5), three (3), and a baby.  ARNOLD further explained that he communicated with the dad via Social Media Application A and that the communication was sexual in nature, but that he had no intention of performing sex acts with the children.  ARNOLD stated that he utilized Social Media Application A account "Jay", that his cell phone number was 567-317-4642, and that his Website A account name was "Pipelayer".

6

### III.     Conclusion

9.       Based on the information contained herein, I believe probable cause exists that ARNOLD has violated 18 U.S.C. § 2422(b) Coercion or Enticement.

Respectfully Submitted,

_____
SA Alex O. Hunt, FBI

Sworn to via telephone after submission by
reliable electronic means pursuant to
Crim.R. 41(d)(3) and 4.1, this 13th day
of May 2026.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

7